

# Fourth Court of Appeals
## San Antonio, Texas

March 5, 2015

No. 04-15-00056-CV

Gary **HODGE** and Robert Hart III,
Appellants

v.

Stephen **KRAFT** Ind. and as Member on Behalf of Grupo Habanero LLC,
Appellee

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 2014-CI-18038
Honorable Peter A. Sakai, Judge Presiding

## ORDER

The Appellant's Motion for Extension of Time to File Brief has this date been received and filed in the above styled and numbered cause. Extension of time to file the Appellant's brief is this date GRANTED.  Time is extended to April 15, 2015.

**PER CURIAM**

ATTESTED TO: _____
KEITH E. HOTTLE
CLERK OF COURT

cc:      Allison Moore                           Richard William Espey
           Branscomb | PC                        Espey & Associates, PC
           711 Navarro St., Suite 500             13750 San Pedro Ave Ste 730
           San Antonio, TX 78205                 San Antonio, TX 78232-4375

           Roderick J. Regan
           Branscomb PC
           711 Navarro St., Suite 500
           San Antonio, TX 78205